UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE AVRAMHAM, also known as Marvin Arnold Pollack, on behalf of Flores, Mr.; MR. FLORES,<br><br>        Plaintiffs,<br><br>  -against-<br><br>THE GVENT STATE OF N.Y., et al.,<br><br>        Defendants. | 20-CV-4441 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 14, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The dismissal is without prejudice to any claims Flores may assert on his own behalf or through a duly appointed representative, or a guardian *ad litem* or next friend who is an attorney or represented by an attorney.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff Avramham and note service on the docket.

SO ORDERED.

Dated: July 14, 2020
     New York, New York

                  *Louis L. Stanton*
                 LOUIS L. STANTON
                   U.S.D.J.